UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |  |
|---|---|---|
| In re: | : |  |
|  | : |  |
| **DAMARIS ENCARNACION** and | : | Case No. **10-3-0068-WL** |
| **EDWARD ENCARNACION,** | : | Chapter 13 |
| Debtor(s). | : |  |
|  | : |  |

NOTICE THAT CHAPTER 13 PLAN BASE HAS BEEN MET
(Discharge Should Not Be Entered at this Time)

**PLEASE TAKE NOTICE** that the Chapter 13 plan base in the above-captioned case has been met, or all allowed claims have been paid in full. A discharge pursuant to section 1328 of the Bankruptcy Code cannot be granted until the Debtor(s) file(s) the Debtor's Affidavit Requesting Discharge (Local Bankruptcy Form P) specified by Local Bankruptcy Rule 4008-1, the information contained in the affidavit is reviewed for sufficiency, and parties in interest have had an opportunity to object.

Respectfully submitted,

January 9, 2017

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
14502 Greenview Drive
Laurel, Maryland  20725-1902
(301) 483-9118

- 2 -

**Certificate of Service**

I hereby certify that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the foregoing to be sent on January 9, 2017 by first-class U.S. mail, postage prepaid to:

Damaris M. Encarnacion  
Edward Encarnacion  
3012 Shanandale Drive  
Silver Spring, MD  20904

Craig A. Butler, Esq.  
1001 G Street, NW, Suite 800  
Washington, DC  20001

/s/ Timothy P. Branigan  
Timothy P. Branigan (Fed. Bar No. 06295)